a letter from the examiner asking the difference between the two kinds of bulbs; that he informed him he had bought them to find out the difference; that later he received a letter from the broker directing him to see the examiner, but that it was then too late to amend the entry. On the record presented it was held that the petitioner acted without intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

MAY 17, 1948

**No. 52335.**—SUIT 4577.—United States *v.* O. Brager-Larsen.——C. D. 1042 affirmed April 2, 1948. C. A. D. 388.

BEFORE THE SECOND DIVISION, MAY 20, 1948

**No. 52336.**—Geo. S. Bush & Co., Inc., et al. *v.* United States, protests 965481–G, etc. (Portland, Oreg.).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Accepting this stipulation as a statement of fact and following the cited authority, the claim of the plaintiffs was sustained.

**No. 52337.**—Adolph Blaich, Inc., et al. *v.* United States, protests 845852–G, etc. (Los Angeles).

Opinion by TILSON, J. It was stipulated that certain items of the merchandise consist of imitation gut similar in all material respects to that the classification of which was involved in *Bush* v. *United States* (34 C. C. P. A. 17, C. A. D. 338). Accepting this stipulation as a statement of fact and following the cited authority, the claim of the plaintiffs was sustained.

**No. 52338.**—L. Robison & Co. et al. *v.* United States, protests 519857–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52339.**—D'Andrea Bros. et al. *v.* United States, protests 554049–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.